Louis Utah, Respondent, *v.* Lester W. Baxter et al., Appellants, et al., Defendants.

Argued November 28, 1949; decided December 29, 1949.

*Stanley S. Green* and *William Weiss* for appellants.

*Copal Mintz* and *Murray H. Yachnin* for respondent.

Judgment affirmed, with costs, on the ground that the easement of the city, acquired by condemnation, to change the level of Lake Mahopac, is a substantial restriction on the use of the premises contracted to be sold. We pass on no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.